# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                       Chapter 13

                                       Bankruptcy No. 18-11678-ELF

STEVEN  LYLES

3839 MARSHALL ROAD

DREXEL HILL, PA 19026

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

STEVEN  LYLES

3839 MARSHALL ROAD

DREXEL HILL, PA 19026

Counsel for debtor(s), by electronic notice only.

ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

                                        /S/ William C. Miller

Date: 5/10/2018                        _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee