United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-11678-elf
Steven Lyles                                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Pamela     Page 1 of 1          Date Rcvd: May 11, 2018
                         Form ID: 152     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2018.
```
db           +Steven Lyles,    3839 Marshall Road,    Drexel Hill, PA 19026-3504
14077549      Delaware County DRS,    2nd & Orange Streets,    Media, PA 19063
14096817      Educational Credit Management Corporation,    PO BOX 16408,    St. Paul, MN 55116-0408
14072267     +FV-1, Inc. in Trust for Morgan Stanley,    Mortgage Capital Holdings LLC,    8742 Lucent Blvd.,
               Suite 300,    Littleton, CO 80129-2386
14077551      Specialized Loan Servicing, LLC,    8472 Lucent Blvd., Suite 300,    Littleton, CO 80129
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov May 12 2018 02:10:01      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 12 2018 02:09:57      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14080540     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 12 2018 02:09:13
               Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
               Harrisburg, PA 17128-0946
                                                                                              TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
14077550*    +FV-1, Inc. in Trust for Morgan Stanley,    Mortgage Capital Holdings LLC,    8742 Lucent Blvd.,
               Suite 300,    Littleton, CO 80129-2386
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2018 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    FV-I. INC. IN TRUST FOR MORGAN STANLEY MORTGAGE
               CAPITAL HOLDINGS LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              ZACHARY PERLICK    on behalf of Debtor Steven Lyles Perlick@verizon.net, pireland1@verizon.net
                                                                                              TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Steven Lyles
    Debtor(s)

Case No: 18−11678−elf
Chapter: 13

_____

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 6/5/18 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court