IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| STEVEN LYLES, | : | |
| | : | DOCKET NO.: 18-11678-ELF |
| <u>                DEBTOR               </u> | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | MAY 29, 2018, at 10:00 A.M. |
| v. | : | |
| | : | |
| STEVEN LYLES, | : | |
| | : | RELATED TO DOCKET NO.: <u>25</u> |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN

     I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on May 23, 2018, by:

**18-11678-ELF Notice will be electronically mailed to:**

Kevin G. McDonald at bkgroup@kmllawgroup.com

William C. Miller at ecfemails@ph13trustee.com, philaecf@gmail.com

Zachary Perlick at Perlick@verizon.net, pireland1@verizon.net

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

**18-11678-ELF Notice will not be electronically mailed to:**

EXECUTED ON:  May 24, 2018

                                          Respectfully submitted by,

By:    /s/ Joseph J. Swartz
Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA Attorney I.D.:  309233
Phone: (717) 346-4645
Facsimile: (717) 772-1459
JoseSwartz@pa.gov