IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| STEVEN LYLES | : CASE NO. 18-11678-ELF |
| | : |
| ____DEBTOR____ | : |
| PENNSYLVANIA DEPARTMENT | : PLAN OBJECTION |
| OF REVENUE, | : |
| | : HEARING DATE AND TIME: |
| MOVANT | :   May 29, 2018 at 10:00 AM |
| | : |
| V. | : |
| | : |
| STEVEN LYLES | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 26 |

WITHDRAWAL OF PENNSYLVANIA DEPARTMENT OF REVENUE'S
CERTIFICATE OF SERVICE TO THE OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The Commonwealth of Pennsylvania, Department of Revenue withdraws its Certificate of Service to the Objection to Debtor's Chapter 13 Plan.

Respectfully submitted by,

DATE: May 24, 2018          By:     /s/ Jim Peavler_____
                                    Jim Peavler
                                    Counsel
                                    PA Department of Revenue
                                    Office of Chief Counsel
                                    Dept. 281061
                                    Harrisburg, PA 17128-1061
                                    Attorney I.D.  320663
                                    (717) 717-787-2747
                                    Facsimile (717) 772-1459
                                    jpeavler@pa.gov