IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| STEVEN LYLES, | : CASE NO. 18-11678-ELF |
| | : |
| | : |
|                   DEBTORS | : OBJECTION TO PLAN |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : May 29, 2018 @ 10:00 AM |
| | : |
|                   MOVANT | : |
| | : |
| V. | : |
| | : |
| STEVEN LYLES, | : |
| | : |
|                   RESPONDENTS | : RELATED TO DOCKET NO. 27 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S WITHDRAWAL OF CERTIFICATE OF SERVICE TO THE OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

      I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading a Withdrawal of Certificate of Service to the Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on May 24, 2018, by:

**18-11678-ELF Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@pa.gov, RA-occbankruptcy6@pa.gov

Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov

Kevin G. McDonald at bkgroup@kmllawgroup.com

William C. Miller at ecfemails@ph13trustee.com, philaecf@gmail.com

Zachary Perlick at Perlick@verizon.net, pireland1@verizon.net

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

**18-11678-ELF Notice will not be electronically mailed to:**

EXECUTED ON:  May 24, 2018

                                      Respectfully submitted by,

                            By:    /s/ Jim Peavler
                                    Deputy Chief Counsel
                                    PA Department of Revenue
                                    Office of Chief Counsel
                                    Dept. 281061
                                    Harrisburg, PA 17128-1061
                                    PA I.D.  320663
                                    Phone:  717-787-2747
                                    Facsimile:  717-772-1459
                                    jpeavler@pa.gov